IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * CIVIL ACTION NO. 06-0029-P-M |
| | * |
| vs. | * |
| | * |
| 0.1004 Acres Known as Parcel 106, | * |
| (AKA Parcel "J") 207 Saint Anthony | * |
| Street, Mobile, Alabama and Erasmus | * |
| Roy Childers, Jr., et al, | * |
| | * |
| Defendants. | * |

## ORDER FOR SERVICE BY PUBLICATION

Upon motion of Plaintiff, supported by the affidavit of Assistant United States Attorney Eugene A. Seidel, attorney for the Plaintiff, the Court finds that service by publication by the United States through the United States Marshal is authorized, approved and HEREBY ORDERED as to:

Any and All Parties in Possession whose Identities and Addresses are Unknown; and

Any and All Parties Having or Claiming a Legal or Equitable Title To, Interest In, Or Lien Upon, Said Real Property, Whose Identities and/or Addresses are Unknown, that is, Unknown Owners.

It is therefore further ORDERED, ADJUDGED and DECREED that the United States Attorney's Office, through the United States Marshal, give due notice of its condemnation action by publication in the <u>Mobile Register</u>, a newspaper of general circulation published in the County of Mobile, State of Alabama, to the above listed individuals, who may have an interest in the real property known as Parcel106, 207 St. Anthony Street, Mobile, AL, more particularly described follows:

Description of Parcel "J"

Begin at the intersection of the SOUTH right of way of line of St. Anthony Street and the EAST right of way line of Joachim Street, City of Mobile, Mobile County, Alabama; thence along said SOUTH right of way line of St. Anthony Street, run NORTH 70 deg. 30' 26" EAST 109.37 feet (33.336 meters) to a point; thence run SOUTH 20 deg. 03' 28" EAST 39.79 feet (12.128 meters) to a point; thence run SOUTH 70 deg. 19' 52" WEST 109.44 feet (33.357 meters) to a point on the aforementioned EAST right of way line of Joachim Street; thence along said EAST right of way line of Joachim Street, run NORTH 19 deg. 57' 08" WEST 40.13 feet (12.232 meters) to the POINT OF BEGINNING. Containing 4,372 SQUARE FEET (406.172 SQUARE METERS).

Estimated just compensation - $61,000.00.

IT IS FURTHER ORDERED that publication run once a week for three successive weeks notifying the above-listed individuals that the United States has filed Declaration of Taking of the above described real property and that any individual desiring further notice of these proceedings must serve a notice of appearance with the United States District Court, Southern District of Alabama, 113 St. Joseph Street, Mobile, Alabama 36602, with a copy to Assistant United States Attorney Eugene A. Seidel, United States Attorney's Office, Southern District of Alabama, 63 South Royal Street, Suite 600, Mobile, Alabama 36602.

DONE this 26th day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE